# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN KIRKLAND,** an individual, ) ) ) | |
| **PLAINTIFF,** ) ) | |
| v. ) ) | Case No. 2:23-cv-0130-GMB |
| **SIXTH AVENUE CENTER, LLC,** a limited liability company, ) ) ) ) | |
| **DEFENDANT.** | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff Bryan Kirkland, by and through Counsel, hereby gives Notice of his Voluntary Dismissal of this matter, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i).

Respectfully submitted,

/s/ Lawrence B. Hammet II
Lawrence B. Hammet, II Esq. #013816
Truxton Trust Building
4525 Harding Pike, Ste. 200
Nashville, TN 37205
Counsel for Plaintiff
Telephone:615-969-9341
Email: beauhammet@hammetlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January 2024, the foregoing document is being served this day on DEFENDANT.

*/s/ Lawrence B. Hammet II*
Lawrence B. Hammet, II

## SERVICE LIST

Sixth Avenue Center, LLC
C/O Ray McLeod
215 Distribution Dr
Birmingham, AL 35209